United States Bankruptcy Court
Southern District of Texas

**ENTERED**
March 17, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: ACCOUNT RESOLUTION SERVICES | § § | |
| Proceedings to Enforce Fed. R. Bankr. P. 9036 | § § § | Misc. Proceeding No. 22-00302 |

**ORDER REQUIRING ACCOUNT RESOLUTION SERVICES TO APPEAR THROUGH COUNSEL
AT A STATUS CONFERENCE ON 4/11/2022**

The Administrative Office of the United States Courts has advised the Court that ACCOUNT RESOLUTION SERVICES has been designated as a high-volume paper-notice recipient of bankruptcy notices under Federal Rule of Bankruptcy Procedure 9036. A high-volume paper-notice recipient is currently defined as an entity that has been mailed 100 or more notices in any calendar month by the Bankruptcy Noticing Center. Federal Rule of Bankruptcy Procedure 9036 mandates that high volume recipients (with limited exceptions) must receive electronic notices.

The Administrative Office of the United States Courts has advised the Court that ACCOUNT RESOLUTION SERVICES has failed to register to receive electronic bankruptcy notices.

On 4/11/2022 at 9:00:00 AM at Courtroom 404, 515 Rusk, Houston, TX 77002, the Court will conduct a status conference to determine what action should be taken to compel (if necessary) ACCOUNT RESOLUTION SERVICES to comply with Federal Rule of Bankruptcy Procedure 9036. ACCOUNT RESOLUTION SERVICES is ordered to appear at the status conference through counsel. Counsel should be prepared to advise the Court on the steps that ACCOUNT RESOLUTION SERVICES is taking to assure comprehensive compliance with Federal Rule of Bankruptcy Procedure 9036.[3]

Parties and counsel may appear in person, or via videoconference and telephone. Audio access will be at (832) 917-1510, conference room number 954554. Video access will be at www.goto.com/meeting/join#, meeting room "judgeisgur".

---

[3] In addition to any appropriate sanctions, failure to comply with this Order or register for electronic noticing will result in the cessation of paper noticing from the U.S. Bankruptcy Courts and the creation of an electronic account for you by the Bankruptcy Noticing Center, as set forth in Exhibit B.

In lieu of attendance at the scheduled status conference, ACCOUNT RESOLUTION SERVICES may complete and file **Exhibit A**, confirming that it has completed its registration for electronic noticing and will receive court notices at an email address chosen by the entity.[4] Alternatively, ACCOUNT RESOLUTION SERVICES may complete and file **Exhibit B**, confirming that it wishes to receive its court notices at an electronic account created for the entity by the Bankruptcy Noticing Center. Any completed exhibit and accompanying materials must be filed with the Court not less than 72 hours prior to the commencement of the scheduled status conference.

The Clerk will serve this on ACCOUNT RESOLUTION SERVICES by United States Mail and file a Certificate of Service.

SIGNED 03/17/2022

_____
Marvin Isgur
United States Bankruptcy Judge

---

[4] Registration for electronic bankruptcy noticing is at the following web site: https://bankruptcynotices.uscourts.gov/register.

# EXHIBIT A

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| **In re: ACCOUNT RESOLUTION SERVICES** | § | |
| | § | |
| **Proceedings to Enforce** | § | Misc. Proceeding No. 22-00302 |
| **Fed. R. Bankr. P. 9036** | § | |

### STATEMENT CONFIRMING REGISTRATION FOR
### ELECTRONIC BANKRUPTCY NOTICING

This Statement is filed on behalf of ACCOUNT RESOLUTION SERVICES.

The entity identified above received the Court's Order requiring attendance at a status conference to assure compliance with the electronic noticing requirements of Federal Rule of Bankruptcy Procedure 9036. The Order authorizes the filing of this statement in lieu of attendance at the status conference.

The entity identified above registered for electronic bankruptcy noticing on _____. The entity has attached to this statement a copy of the confirmation email it received from the Bankruptcy Noticing Center reflecting that it has completed its registration for electronic noticing. By registering for electronic bankruptcy noticing, the entity has agreed to receive its bankruptcy notices from the U.S. Bankruptcy Courts at the email address identified on the attached confirmation email from the Bankruptcy Noticing Center.

The individual signing this statement represents that the individual is an authorized agent of the entity identified above.

Signature: _____

Typed Name: _____

Date: _____

**EXHIBIT B**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| **In re: ACCOUNT RESOLUTION SERVICES** § § | |
| **Proceedings to Enforce Fed. R. Bankr. P. 9036** § § § | Misc. Proceeding No. 22-00302 |

**STATEMENT ACCEPTING ELECTRONIC COURT NOTICES AT AN ACCOUNT CREATED BY THE BANKRUPTCY NOTICING CENTER**

This Statement is filed on behalf of ACCOUNT RESOLUTION SERVICES.

The entity identified above received the Court's Order requiring attendance at a status conference to assure compliance with the electronic noticing requirements of Federal Rule of Bankruptcy Procedure 9036. The Order authorizes the filing of this statement in lieu of attendance at the status conference.

The entity identified above is aware that, beginning on May 23, 2022, it will no longer be sent paper bankruptcy notices from the U.S. Bankruptcy Courts. The entity confirms that it wishes to receive its bankruptcy notices from the U.S. Bankruptcy Courts at an electronic account created for the entity by the Bankruptcy Noticing Center. The entity confirms that it will take the necessary steps to access the electronic account in accordance with the instructions provided to the entity in separate letters from the Bankruptcy Noticing Center.

The individual signing this statement represents that the individual is an authorized agent of the entity identified above.

Signature:  _____

Typed Name:  _____

Date:  _____