# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: ASSOCIATED CREDIT SERVICES | § | |
| | § | 22-301 |
| | § | 22-302 |
| Proceedings to Enforce | § | Misc. Proceeding No. 22-00329 |
| Fed. R. Bankr. P. 9036 | § | |

## STATEMENT CONFIRMING REGISTRATION FOR ELECTRONIC BANKRUPTCY NOTICING

This Statement is filed on behalf of ASSOCIATED CREDIT SERVICES.

The entity identified above received the Court's Order requiring attendance at a status conference to assure compliance with the electronic noticing requirements of Federal Rule of Bankruptcy Procedure 9036. The Order authorizes the filing of this statement in lieu of attendance at the status conference.

The entity identified above registered for electronic bankruptcy noticing on 03/09/22. The entity has attached to this statement a copy of the confirmation email it received from the Bankruptcy Noticing Center reflecting that it has completed its registration for electronic noticing. By registering for electronic bankruptcy noticing, the entity has agreed to receive its bankruptcy notices from the U.S. Bankruptcy Courts at the email address identified on the attached confirmation email from the Bankruptcy Noticing Center.

The individual signing this statement represents that the individual is an authorized agent of the entity identified above.

Signature: _Jacob Robinson_

Typed Name: Jacob Robinson

Date: 03/23/22

# Jacob Robinson

| | |
|---|---|
| From: | BK Notices |
| Sent: | Wednesday, March 23, 2022 12:19 PM |
| To: | Jacob Robinson |
| Subject: | FW: [EXTERNAL] Welcome to Electronic Bankruptcy Noticing 177392 [p-174979271] |

From: bncedi@noticingcenter.com <bncedi@noticingcenter.com>
Sent: Wednesday, March 9, 2022 9:45 AM
To: BK Notices <BKNotices@acsrecovery.com>
Subject: [EXTERNAL] Welcome to Electronic Bankruptcy Noticing 177392 [p-174979271]

Welcome to the Bankruptcy Noticing Center (BNC) Services and thank you for signing up to receive your bankruptcy notices electronically from the BNC. Electronic Bankruptcy Noticing (EBN) is a FREE service provided by the U.S. Bankruptcy Courts that allow court notices to be transmitted electronically, delivering them faster and more conveniently to you.

Below is your account information:
Account Number: 177392 - 0
Account Name: ASSOCIATED CREDIT SERVICES INC

The point of contact listed on your agreement will have received an email with their username and password to access our online portal at https://bankruptcynotices.uscourts.gov. From this website, you can review your account information, request changes, and add additional users to access your account.

If you have any questions, please contact us.

Sincerely,

The Bankruptcy Noticing Center Support Team
(877) 837-3424
ebn@baesystems.com
https://bankruptcynotices.uscourts.gov

Please note this email address is not a monitored emailed address.

This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received this email in error, please notify the sender immediately and delete the original. Any other use of this email by you is prohibited. Please consider security, disclosure, and the environment before printing this email.