United States Bankruptcy Court
Southern District of Texas
**ENTERED**
April 04, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 22-302 |
| ACCOUNT RESOLUTION SERVICES | § | |

### ORDER CLOSING MISCELLANEOUS PROCEEDING

The statement filed at ECF No. 3 moots this miscellaneous proceeding. The proceeding is closed.

SIGNED 04/04/2022

_____
Marvin Isgur
United States Bankruptcy Judge

1 / 1

United States Bankruptcy Court
Southern District of Texas

In re: Case No. 22-00302-mi
ACCOUNT RESOLUTION SERVICES Chapter
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0541-4     User: ADIuser     Page 1 of 1
Date Rcvd: Apr 04, 2022     Form ID: pdf002     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| inre | ACCOUNT RESOLUTION SERVICES, 1643 NW 136TH AVE BLDG H, SUNRISE, FL 33323-2857 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2022     Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Stephen Wayne Sather | on behalf of In Re: ACCOUNT RESOLUTION SERVICES ssather@bn-lawyers.com gzeh@bn-lawyers.com |

TOTAL: 1